# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Cocuzzi, | Case No. 24-cv-2876 (PJS/DLM) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Shannon Reimann, Warden, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (Doc. 4) is **ADOPTED**;

2. The petition for a writ of habeas corpus of Petitioner Michael Cocuzzi (Doc. 1) is **DENIED**;

3. This matter is **DISMISSED**; and

4. No certificate of appealability is issued.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: October 4, 2024

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
Chief Judge United States District Court